**Motion Granted; Dismissed and Memorandum Opinion filed January 7, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-09-00364-CV

---

**GERARD STEPHAN LAZZARA, JR., Appellant**

**V.**

**JOYCE ANN LAZZARA, Appellee**

---

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2007-14931**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed April 3, 2009, appointing a receiver in a post-divorce enforcement action. On May 21, 2009, this court abated this appeal because appellant had petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas. *See* Tex. R. App. P. 8.2.

After the underlying bankruptcy proceedings were finally closed, we ordered the appeal reinstated on December 3, 2013. *See* Tex. R. App. P. 8.3(a). On December 20, 2013, appellant filed a motion to dismiss the appeal, stating that the appeal has become moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.